UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT WESLEY KING,<br><br>           Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE INDETERMINATE SENTENCING REVIEW BOARD, and CHAIRPERSON JOHN L. AUSTIN, III,<br><br>           Defendants. | NO. CV-06-035-JLQ<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DENYING PENDING MOTIONS AS MOOT |

BEFORE THE COURT is Plaintiff Robert Wesley King's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 12) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED as moot.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.

**DATED** this 29th day of March 2006.

                                      s/ Justin L. Quackenbush
                                      JUSTIN L. QUACKENBUSH
                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 1